UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 18-22622-Civ-COOKE/REID

KENNY DAVIS,

    Petitioner,

vs.

FLORIDA DEPARTMENT
OF CORRECTIONS, and
ATTORNEY GENERAL
OF THE STATE OF FLORIDA,

    Respondent.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS MATTER was referred to the United States Magistrate Judge Lisette M. Reid under 28 U.S.C. § 636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2254 Cases in the United States District Courts, and Administrative Order 2019-2, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. *See* ECF No. 37.

On November 4, 2020, Judge Reid issued a Report recommending that this Court: 1) deny the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254; and 2) decline to issue a certificate of appealability. *See* ECF No. 37. Petitioner raised two objections to Judge Reid's Report: (i) an objection to "the finding that this [Petition] is untimely;" and (ii) an objection to the recommendation that a certificate of appealability be denied. *See* ECF No. 38. Petitioner's objections are without merit. First, Judge Reid did not make a finding that the proceeding was untimely. Where, as here, it is unclear whether all claims have been exhausted, a Court may conduct a *de novo* review of the claims asserted, which is what occurred here. Second, Petitioner's request for a certificate of appealability is denied because Petitioner has not demonstrated that reasonable jurists would find the court's assessment of the constitutional claims debatable or wrong. *See Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003).

Accordingly, it is therefore **ORDERED and ADJUDGED** as follows:

- This Court **AFFIRMS and ADOPTS** Judge Reid's Report and **DENIES** the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.

- This Court **DENIES** a Certificate of Appealability.
- The Clerk will **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 18th day of December 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lisette M. Reid, U.S. Magistrate Judge*
*Kenny Davis*, pro se
*Counsel of record*